IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

   v.

RONALD J. WROTEN, SR. TRUST, et al.,

        Defendants.
_____/

No.  CIV.S-04-2260 MCE DAD

ORDER

        This matter is before the court on plaintiff's motion to compel answers to interrogatories, which the court hereby submits for decision upon the record and the papers on file without oral argument pursuant to Local Rule 78-230(h).  Having considered all written materials submitted in connection with the motion, and it being apparent that defendant Anthony Virgadamo has failed to respond to plaintiff's interrogatories, IT IS HEREBY ORDERED that:

        1.  Plaintiff's motion to compel is granted;

        2.  Defendant shall serve complete interrogatory answers without objection within ten (10) days of the date of this order; and

1

3.  The August 5, 2005, hearing on plaintiff's motion to compel is vacated.

DATED: August 4, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

```
DAD:th
ddad1\orders.civil\johnson2260.motiontocompel
```